IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DON SHOEMAKER, YVONNE SHOEMAKER,<br><br>            Plaintiffs,<br><br>    vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>            Defendant. | **8:15CV275**<br><br>**ORDER** |

IT IS ORDERED:

1) The parties' motion to continue, (Filing No. 10), is granted.

2) Counsel for the parties shall confer and, on or before October 23, 2015, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

3) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before October 30, 2015, a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

August 13, 2015.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge