IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DON SHOEMAKER, AND YVONNE
SHOEMAKER,

                    Plaintiffs,                               **8:15CV275**

          vs.                                                 **ORDER**

GENERAL ELECTRIC COMPANY,

                    Defendant.

The parties are currently engaged is settlement discussions.

Accordingly,

IT IS ORDERED:

1)      The parties' joint request to continue the Rule 26(f) Report deadline is
        granted.

2)      On or before December 18, 2015, the parties shall either filed a joint
        stipulation for dismissal of this case, or their Rule 26(f) Report for setting a
        progression schedule to trial.

October 27, 2015.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge