IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DON SHOEMAKER and YVONNE SHOEMAKER,<br><br>            Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>            Defendant. | 8:15-CV-275<br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before April 29, 2016, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of April 29, 2016.

Dated this 1st day of April, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge